U. S. 1024.] Motion of the Acting Solicitor General for leave to ,participate in oral argument as *amicus curiae* and for divided argument granted.

No. 09–1233. SCHWARZENEGGER, GOVERNOR OF CALIFORNIA *v.* PLATA ET AL. D. C. E. D. & D. C. N. D. Cal. [Probable jurisdiction postponed, 560 U. S. 964.] Motion of J. Clark Kelso, Receiver for Medical Healthcare for the California State Prisons, for leave to file a brief as *amicus curiae* out of time granted.

NOVEMBER 29, 2010

No. 09–466. UNITED STATES *v.* WILLIAMS. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Abbott* v. *United States, ante,* p. 8. JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition.

No. 09–1497. UNITED STATES *v.* ALMANY. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Abbott* v. *United States, ante,* p. 8. JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition.

No. 09–11567. OWENS *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Johnson* v. *United States,* 559 U. S. 133 (2010).

No. 10–323. UNITED STATES *v.* HUCKABEE. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Abbott* v. *United States, ante,* p. 8. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–5019. JACKSON *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.